# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JAMES S. FALLER, II**                                                                                          **PLAINTIFF**

v.                              Case No. 4:20-cv-01347-LPR

**DEWAYNE HENDRIX, Warden;**
**UNITED STATES BUREAU OF PRISONS;**
**UNITED STATES DEPARTMENT OF JUSTICE**                                       **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed today, it is CONSIDERED, ORDERED, and ADJUDGED that all claims against Dewayne Hendrix, the United States Bureau of Prisons, and the United States Department of Justice are dismissed without prejudice. Under 28 U.S.C. ¶ 1915(a)(3), the Court certifies that an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 10th day of August 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE